# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

Rodrecus Devon Kimble **Repayment Agreement and Order** No: 1:24-CR-00005-011

On May 13, 2025, Rodrecus Devon Kimble was sentenced to 36 months probation.

After a review of his financial status, the following repayment agreement has been reached with Mr. Kimble. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1. As a result of the judgment entered against me on May 13, 2025, I have been ordered to pay a total restitution of $17,994.96 and a special assessment of $100.00.

2. On May 13, 2025, I began my service of 36 months of probation. The mandatory assessment was satisfied on June 12, 2025. The current balance of my restitution is $15,794.96.

3. After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 1st day of September 2026, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $300.00 per month during the term of supervision.

| | |
|---|---|
| Rodrecus Devon Kimble | 8/13/26<br>Date |
| Desmond A. Phillips, U.S. Probation Officer | 08/24/2026<br>Date |
| **s/Barbara G. Parker**<br>Assistant U.S. Attorney | **8/24/2026**<br>Date |

**THE COURT ORDERS:**

☒ Approval ☐ Disapproval

Leslie Abrams Gardner
Chief U.S. District Judge

Date 9/23/2026